United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30482
Summary Calendar

UNITED STATES OF AMERICA,

 Plaintiff-Appellee,

 versus

JOSEPH COLEMAN,

 Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CR-50073-1
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

 Joseph Coleman appeals his jury conviction for being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and (2). Although Coleman concedes that he is a convicted felon and that the firearms were in or affecting interstate commerce, he argues that no rational jury could have found beyond a reasonable doubt that he knowingly possessed the firearms in question.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

One may be in constructive possession by exercising dominion or control over the area in which the contraband is found.[1]  Joint-occupancy cases, like this one, require some evidence "'supporting at least a plausible inference that the defendant had knowledge of and access to the weapon.'"[2]

Viewing the evidence in the light most favorable to the jury's verdict and accepting its credibility determinations, the evidence is sufficient to support Coleman's conviction.  The Government presented evidence, including Coleman's admission that weapons were inside the car, supporting at least a plausible inference that Coleman had knowledge of and access to the firearms in question.[3]  Therefore, the judgment of the district court is affirmed.

AFFIRMED.

---

[1] *United States v. Knezek*, 964 F.2d 394, 400 (5th Cir. 1992).

[2] *United States v. Ybarra*, 70 F.3d 362, 365 (5th Cir. 1995) (citation omitted).

[3] *Id.*